# Court of Appeals
# of the State of Georgia

ATLANTA, August 05, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0052. JAMEZ ANTWANE BRYANT v. THE STATE.**

Jamez Antwane Bryant entered an *Alford*[1] plea to two counts of enticing a child for indecent purposes and was sentenced to 30 years to serve 20 years in confinement. Following his conviction, Bryant filed multiple pro se motions, including a motion to withdraw his plea, motion in arrest of judgment, and motion for sentence modification. The trial court denied his motions in a consolidated order entered on April 26, 2019. Bryant then filed a pro se notice of appeal on May 31, 2019. However, we lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Bryant's notice of appeal, filed 35 days after entry of the order he wishes to appeal, was untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/05/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] *North Carolina v. Alford*, 400 U. S. 25 (91 SCt 160, 27 LE2d 162) (1970).